**Order entered May 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01126-CV

### BRIGETTA D'OLIVIO, Appellant

### V.

### ERHARD HERMUS, Appellee

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-14449

## ORDER

We **REINSTATE** this appeal.

By order dated April 15, 2019, the Court ordered the trial court to conduct a hearing and make written findings as to the accuracy of the clerk's record. The trial court signed written findings and filed them with the Court on May 2, 2019.

With respect to specific documents, the trial court found: (1) the Order on Motion to Withdraw was signed on August 22, 2017 and is properly included in the clerk's record; (2) the Protective Order was never signed and an unsigned copy is included in the clerk's record; (3) Notice of Intent to Strike Answer signed on September 18, 2017 is included in the clerk's record; (4) Notice of Intent to Dismiss dated March 30, 2018 is included in the clerk's record; and (5) no document entitled "Plaintiff's Proposed Order Discovery" is in the clerk's file. With regard to

various email communications with court staff, the trial court found that such communications are not to be included in the clerk's record. The trial court also found that no document has been lost or destroyed that should have been included in the clerk's record.

We **ADOPT** the trial court's findings.

On May 2, 2019, pro se appellant Brigetta D'Olivio filed a motion to respond to the trial court's findings. We **DENY** the motion.

We note appellant Brigetta Homes, LLC d/b/a Beautiful Homes by Brigetta has been unrepresented since January 15, 2019. Although we have given Brigetta Homes over three months to retain counsel and cautioned that failure to notify the Court of new counsel's name and contact information could result in dismissal of Brigetta Homes as an appellant to this appeal, Brigetta Homes has not complied. *See* TEX. R. CIV. P. 7; *Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam) (a corporation may appear in court and be represented only by a licensed attorney). Accordingly, we dismiss Brigetta Homes as a party to the appeal.

Appellant shall file her brief on the merits no later than **June 6, 2019**.


/s/  BILL WHITEHILL
   JUSTICE